**In re The Marriage of Madeline Marie LOVE, Respondent,**

v.

**Quentin Lee LOVE, Appellant.**

**No. WD 42450.**

Missouri Court of Appeals, Western District.

May 1, 1990.

Roxanne J. Pendleton, Kansas City, for appellant.

R. Brian Hall, Gladstone, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from dissolution of marriage.

Judgment affirmed. Rule 84.16(b).